# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Christopher Mace**
      Plaintiff

    vs.                    CASE NUMBER: 7:12-CV-1357 (WGY)

**Carolyn W. Colvin**
      Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for judgment is DENIED, and that the Commissioner's motion for judgment is GRANTED.

All of the above pursuant to the order of the Honorable Judge William G. Young, dated the 19th day of February, 2015.

DATED: February 19, 2015

_____
Clerk of Court

                          s/ Michelle Coppola
                        _____
                            Deputy Clerk